UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BENJAMIN TOMSA,

        Plaintiff

vs.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant

**STIPULATION OF DISCONTINUANCE**

Case No: 3:12-cv-0178 78
Hon.: RFT /FSJ

The parties hereby stipulate that the Plaintiff shall withdraw his/her Complaint and that this action shall be dismissed.

Date: October 9, 2013    Signature:    s/ Peter A. Gorton
                                                                       Attorney for Plaintiff
                                                                       Lachman & Gorton
                                                                       1500 East Main Street
                                                                       PO Box 89
                                                                       Endicott, NY 13760

SO ORDERED this 10th day of October, 2013:

*[signature]*

~~Hon. Randolph F. Treece~~
~~United States Magistrate Judge~~
Frederick J. Scullin, Jr.
Senior U.S. District Judge